```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      APR 25 2011
          AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

10-CV-01593-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANDREW LOTT,<br><br>  Plaintiff,<br><br>  v.<br><br>KINGS E. BRADFORD BALES, et al.,<br><br>  Defendants. | Case No. 10-cv-1593-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this 25th day of April, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1